UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INEZ M. BUCARO** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 07-175 |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | SECTION "L"(4) |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to Defendant Allstate Insurance Company's Motion for Partial Summary Judgment (Rec. Doc. No. 7), set for hearing on December 19, 2007, at 9:00 a.m., has been timely submitted by the Plaintiff.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Defendant Allstate Insurance Company's Motion for Partial Summary Judgment is GRANTED, and the Plaintiff's recovery under her homeowner policy is limited to the difference between the actual cash value of her insured property and the payments that she has received for that property under her flood insurance policy.

New Orleans, Louisiana, this 19th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE